**Order entered November 17, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01049-CV

## IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-01368-3**

## ORDER

By motion filed November 14, 2022, appellant asks that we "accept" a motion, which she asserts the county clerk has rejected for filing, asking the probate court to determine whether the associate judge who conducted the trial and heard appellant's motion for new trial in this cause had authority to do so ("motion to determine"). We note the probate court's online docket reflects the motion to determine has now been filed. We **DENY** the November 14 motion before us.

/s/    BILL PEDERSEN, III
        JUSTICE